**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Civil No. 01-415 (RHK/JMM)
**ORDER**

Kevin J. Lorusso,

Defendant.

---

This matter arises out of Defendant's failure to make payments on a student loan and his failure to cure the non-payments after demand had been made. Before the Court is the Plaintiff United States of America's Motion for Default Judgment against Defendant Kevin J. Lorusso. Plaintiff's Motion is supported by a memorandum of law, and declaration of Lonnie F. Bryan.

The United States commenced this action on March 6, 2001. (Doc. No. 1.) On March 12, 2001, Lorusso signed an acknowledgment of service declaring, under penalty of perjury, that he had received a copy of the Summons and Complaint in this matter by United States Mail. (Doc. No. 2.) At some point after the Complaint had been served, Lorusso contacted Plaintiff's counsel to discuss payment options; Plaintiff's counsel has had no further contact with Lorusso since that conversation. (Bryan Decl. ¶ 5.) Defendant did not answer the Complaint or otherwise appear in this matter. On May 16, 2001, the Clerk of Court entered a Default against Lorusso. (Doc. No. 5.) Plaintiff

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG
DEPUTY CLERK

thereafter filed the pending Motion and served it on Lorusso by U.S. Mail at the same address at which Defendant had acknowledged receiving service of process. (See Doc. No. 8.) Defendant has not filed a response to the motion or otherwise appeared.

Based on the representations made by Plaintiff's counsel to the Court on the record, and all of the files, records, and proceedings herein, **IT IS ORDERED** that Plaintiff's Motion for Default Judgment (Doc. No. 6) is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a default judgment be entered for Plaintiff and against Defendant Kevin J. Lorusso in the principal sum of two thousand seven hundred sixty-six dollars and forty-eight cents ($2,766.48); plus interest to March 1, 2001 in the amount of two thousand three hundred sixty-eight dollars and fifty-seven cents ($2,368.57); plus additional pre-judgment interest from March 1, 2001, at the rate of eight percent (8%) per annum; plus, pursuant to 28 U.S.C. § 2412, costs in the amount of $150.00; together with post-judgment interest, costs, and disbursements as allowed by law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 8, 2001

RICHARD H. KYLE
United States District Judge

AUG - 8 2001

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500