01-415 RHK/AJB

The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Garnishee

RECEIVED
BY MAIL
NOV 10 2004
CLERK US DIST COURT
MINNEAPOLIS MN

SUBSCRIBED and SWORN to before me this

1 day of November, 2004.

Chere Oliver

NOTARY PUBLIC

OFFICIAL SEAL
CHERE' OLIVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 30, 2006

SCANNED
NOV 1 0 2004
U.S. DISTRICT COURT MPLS