U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF United States | COURT CASE NUMBER 01-415 RHK/AJB |
| DEFENDANT Kevin J. Lorusso | TYPE OF PROCESS Garnishment Wage |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sunline Incorporated

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
250 Shamrock Drive, Mahtomedi, MN 55115

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Nancy Lair
U.S. Attorneys office
600 U.S. Courthouse
300 S. 4th St
Mpls, MN 55415

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold  Fold

Serve garnishee first.

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Nancy Lair | ☒ PLAINTIFF ☐ DEFENDANT | 612-664-5656 | 10/19/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | Nancy Schmitt | 10/20/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | |
|---|---|---|
| Darren Taylor | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
| Address *(complete only if different than shown above)* 250 Shamrock Drive Mahtomedi, MN | Date of Service 11/8/04 | Time 5:50 am / pm (pm circled) |
| | Signature of U.S. Marshal or Deputy [signature] | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 135 | 37.50 | | 172.50 | | | |

REMARKS:
10/22 - NOT HOME - 24 mi R.T.
11/5/04 Not home @ 1:50pm 38 miles K.H. 1 DUSM, 1 Hour
11/8/04 served @ 5:50 pm 38 miles, 1 DUSM, 1 Hour KH

SCANNED NOV 18 2004 U.S. DISTRICT COURT MPLS

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-415 RHK/AJB

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN J. LORUSSO,<br><br>Defendant,<br><br>and<br><br>SUNLINE INCORPORATED,<br><br>Garnishee. | WRIT OF CONTINUING GARNISHMENT |

TO: Sunline Incorporated, 250 Shamrock Drive, Mahtomedi, MN 55115

An application for a Writ of Continuing Garnishment against property of the above-named defendant, Kevin J. Lorusso, has been filed with this Court by the United States of America.

A judgment was entered in favor of the United States of America and against the defendant on September 19, 2001, for Student Loan defaults. As of September 28, 2004, the balance on this judgment debt was $5,894.31 in principal, plus interest, costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from September 28, 2004, at the rate of 3.76% per annum.

You, Sunline Incorporated, the garnishee, are required by law to immediately withhold and retain any property in your custody, control or possession in which the judgment debtor, Kevin J. Lorusso, has a substantial non-exempt interest. It is unlawful for

you to pay or deliver to the defendant any item attached by this Writ. You are to take this action pending further order of the above-referenced court.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. A listing of such property is enclosed (see Claim for Exemption Form).

You, the garnishee, are required by law to answer this Writ of Continuing Garnishment, in writing, under oath, within ten (10) days of your receipt of this Writ. In the Answer of the Garnishee, you must indicate whether you have in your custody, control, or possession, property in which this judgment debtor has a substantial non-exempt interest, providing a description of such property and an indication of the judgment debtor's interest in it.

You, the garnishee, are required by law to mail or deliver in person, within 10 days, the original, signed and notarized Answer of the Garnishee to the Clerk of the United States District Court, 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. Additionally, you are required by law to mail or deliver in person a copy of the completed Answer of the Garnishee to the debtor, at 1977 Chakya Street, Welch, MN 55089; and to counsel for the United States, at the United States Attorney's Office, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

If you fail to answer this Writ of Continuing Garnishment, or if you fail to withhold property in accordance with this Writ, the