The Garnishee sent the original Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Darren Fey Sunshine Inc.
Garnishee

SUBSCRIBED and SWORN to before me this
30th day of November, 2004.

Judith K. Motz
NOTARY PUBLIC

JUDITH K. MOTZ
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

RECEIVED
BY MAIL
DEC - 7 2004
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
DEC 0 7 2004
U.S. DISTRICT COURT MPLS