UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-415 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN J. LORUSSO,<br><br>Defendant. | ) | **GARNISHMENT STIPULATION AND ORDER** |

The parties named above, the United States of America, plaintiff, and Kevin J. Lorusso, defendant, hereby stipulate and agree that:

1. Defendant agrees that, as of December 7, 2004, the debt balance owed plaintiff by the defendant is $5,567.72 principal, $45.19 in interest and $597.19 in costs. This debt continues to accrue postjudgment interest at a rate of 3.76% per annum.

2. Garnishee, Wells Fargo states that at the time of service of the Writ, the garnishee had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of a bank account in the amount of $200.50. Plaintiff agrees that these garnished funds may be released if defendant agrees to garnishment of his wages as set forth in paragraph 3 below.

3. Garnishee Sunline Incorporated, states that at the time of service of the Writ, the garnishee had, and continues to have in its possession and under its control personal property belonging to

and due defendant in the form of wages. Defendant agrees to pay the debt outlined in paragraph 1 above by continuing garnishment of his wages at the rate of 15% of non-exempt wages until the judgment is paid in full.

4. Checks should be made payable to the Department of Justice and mailed to 300 South Fourth Street, Room 600, Minneapolis, Minnesota 55415, as the wages become payable.

5. The plaintiff may pursue administrating offsets, including those by the Internal Revenue Service and the defendant specifically consents to the offset. Any payments applied to this claim by the Internal Revenue Service as a result of tax return offsets will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

Dated: December 14, 2004

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Dated: Dec.13.2004

s/ Kevin Lorusso
KEVIN J. LORUSSO 12-13-04
Defendant

Based upon the Stipulation of the parties,