UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-415 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| KEVIN J. LORUSSO, Defendant. | ) | |

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that:

1. The Writ of Garnishment to Wells Fargo is released.

2. Garnishee Sunline Incorporated shall pay to the United States the total sum of 15% per pay period, which shall be withheld from the wages owed to the defendant.

Dated: December 15, 2004

s/ Arthur J. Boylan
U.S. Magistrate Judge
United States District Court