UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-415 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. KEVIN J. LORUSSO, Defendant, SUNLINE INCORPORATED, Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Kevin J. Lorusso, the judgment debtor, and
Sunline Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Kevin J. Lorusso.

A Garnishment Stipulation and Order was duly issued by the Court on December 15, 2004. As of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 15% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment

order. The payments received by the U.S. Attorney's Office for the last 12 months are reflected on the attached Payment Historys.

Dated: January 4, 2006

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600