PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 04-JAN-2006 FOR: 1999Z00477/002 PAGE: 1 OF 2

DEBTOR: Lorusso, Kevin J.
COURT NUMBER: 01-415 RHK/JMM PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | PMNT | T | 17-DEC-2004 | GR/G | SUNLINE INC. | MN /05/049 | 305780 | | $200.44 | 17-DEC-2004 |
| 0004 | PMNT | T | 27-DEC-2004 | GR/G | Sunline Inc | MN /05/054 | 375750 | | $260.31 | 27-DEC-2004 |

Total Payments for Debtor: $460.75