PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-JAN-2006 FOR: 1999Z00477/001 PAGE: 1 OF 2

DEBTOR: Lorusso, Kevin J.

COURT NUMBER: 01-415 RHK/AJB PRIORITY CODE:

CURRENT LIABILITY BALANCE: $XXXX

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0021 | PMNT | T | 27-DEC-2004 | GR/G | Sunline | MN /05/054 | 375750 | | $46.44 | 27-DEC-2004 |
| 0021 | PMNT | WA | 27-DEC-2004 | GR/G | Sunline | MN /05/054 | 375750 | | $1.25 | 27-DEC-2004 |
| 0022 | PMNT | WA | 10-JAN-2005 | GR/G | Sunline | MN /05/062 | 384710 | | $172.50 | 10-JAN-2005 |
| 0023 | PMNT | WA | 24-JAN-2005 | GR/G | Sunline | MN /05/071 | 393419 | | $188.07 | 24-JAN-2005 |
| 0024 | PMNT | WA | 07-FEB-2005 | GR/G | Sunline | MN /05/080 | 402720 | | $178.98 | 07-FEB-2005 |
| 0025 | PMNT | WA | 08-AUG-2005 | GR/G | SUNLINE INC | MN /05/205 | 507116 | | $147.18 | 08-AUG-2005 |
| 0026 | PMNT | WA | 06-SEP-2005 | GR/G | SUNLINE | MN /05/224 | 349979 | | $174.26 | 06-SEP-2005 |
| 0028 | PMNT | WA | 19-SEP-2005 | GR/G | SUNLINE INC | MN /05/233 | 361415 | | $170.73 | 19-SEP-2005 |
| 0029 | PMNT | WA | 03-OCT-2005 | GR/G | Paychex | MN /06/001 | 524063 | | $131.29 | 03-OCT-2005 |
| 0030 | PMNT | WA | 17-OCT-2005 | GR/G | Paychex | MN /06/010 | 382510 | | $183.63 | 17-OCT-2005 |
| 0031 | PMNT | WA | 31-OCT-2005 | GR/G | Sunline | MN /06/021 | 394334 | | $136.44 | 31-OCT-2005 |
| 0032 | PMNT | WA | 14-NOV-2005 | GR/G | Sunline | MN /06/027 | 527439 | | $135.41 | 14-NOV-2005 |
| 0033 | PMNT | WA | 28-NOV-2005 | GR/G | Sunline | MN /06/037 | 411937 | | $185.07 | 28-NOV-2005 |
| 0034 | PMNT | WA | 12-DEC-2005 | GR/G | Sunline | MN /06/047 | 423108 | | $152.24 | 12-DEC-2005 |
| 0035 | PMNT | WA | 27-DEC-2005 | GR/G | Sunline | MN /06/058 | 434561 | | $180.50 | 27-DEC-2005 |

Total Payments for Debtor: $2,183.99