UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-415 RHK/JMM

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) ORDER
)
KEVIN LORUSSO, )
)
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant’s failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 18th day of October, 2007.

BY THE COURT:

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE